UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LONNIE WALKER,

    Plaintiff,

v.                                                    Case No. 8:05-cv-663-T-23EAJ

D. B. WATSON, *et al.*,

    Defendants.
                                                      /

## **O R D E R**

Walker returned the service of process forms as ordered (Doc. 6).  However, Walker failed to include a copy of the civil rights complaint for service on each of the five named defendants.

Accordingly, Walker has twenty (20) days to provide the court with five (5) copies of the civil rights complaint as previously ordered (Doc. 6).  Failure to timely provide five copies of the complaint may result in the dismissal of this action without further notice.

ORDERED in Tampa, Florida, on June 28, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

SA/ro